PETER TAKEDA
TCCF
295 US HWY 49 South
Tutwiler, MS 38963-6900

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT

**RECEIVED**
CLERK U.S. DISTRICT COURT
NOV 0 9 2005
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

