## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 21, 2006

To All Counsel of Record:

    IN RE:    Peter H. Takeda vs. Frank Luna, *et al.*

             Civil  04-00281 JMS-LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on October 6, 2005 .

    All counsel (or Pro Se) should  read and follow the enclosed instructions.  Thank You.

                              Sincerely Yours,

                              SUE BEITIA, CLERK

                            /s/ *Anna F. Chang*
                            by: Anna F. Chang
                               Deputy Clerk

cc:    Clerk, 9th CCA w/copy of NA; Order Construing Filing as a Notice of Appeal; Order denying COA; Appellant's or Petitioner's Informal Brief; docket sheet, dfnf

        Peter H. Takeda w/copy of instructions for civil appeals;    Transcript Desig. & Ordering Form with instructions and a copy of the docket sheet