IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER H. TAKEDA, | ) | CIVIL 04-00281JMS-LEK |
| | ) | |
| Petitioner, | ) | |
| | ) | FILED IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| vs. | ) | DISTRICT OF HAWAII |
| | ) | OCTOBER 6, 2005 |
| WARDEN RICHARD PARKER, | ) | At 4 o'clock and 00 min p.m. |
| and ATTORNEY GENERAL, | ) | SUE BEITIA, CLERK |
| STATE OF HAWAII, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

# NOTICE OF APPEAL

*Pursuant to Judge J. Michael Seabright's October 6, 2005 Order, Petitioner's filing-- a copy of which is attached to this cover sheet-- is construed as a Notice of Appeal*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER H. TAKEDA. | ) | CIV.NO.04-00281 JMS-LEK |
| | ) | |
| Petitioner Pro Se | ) | EX PARTE |
| | ) | Letter requesting enlargement of time in order to seek a COA from the District Judge. |
| WARDEN RICHARD PARKER, and | ) | |
| ATTORNEY GENERAL STATE OF | ) | |
| HAWAII. | ) | |
| Respondents. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 04 2005

at 11 o'clock and 20 min a.m. M
SUE BEITIA, CLERK

   Your Honor, I am in receipt of the ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE in the matter of my Habeas Corpus 2254 Petition.  Because I believe my issues hold merit, and because I believe the violations (which are still not recognized by the Court) are of such a grevious nature, that I will seek a Certificate of Appealability from you.  Because the burden falls on me to be specific and show you why I must "appeal", I am at this time requesting an enlargement of time normally allowed by rule in order to present my petition for a COA (Certificate of Appealability).

   The reasons for my request are as follows:  Since Hurricane Katerina and Rita have struck our area, our daily schedules and Law Library services have been altered.  We have also suffered power outtages and disruptions in the normal daily schedules of the prison, thus making it difficult for me to do the research I will need to in order to present a reasoned application to you.

   THEREFORE, I seek a 60 Sixty Day exlargement of the time for this purpose.

   At TUTWILER, MISSISSIPPI THIS 25th DAY OF SEPTEMBER 2005.

                              Respectfully Submitted,

                              /s/ Peter H. Takeda
                              PETER H. TAKEDA
                              Petitioner Pro Se

(1)