APPEAL, TERMED

# U.S. District Court
# District of Hawaii - CM/ECF V2.5 (11/05) (Hawaii)
# CIVIL DOCKET FOR CASE #: 1:04-cv-00281-JMS-LEK
# Internal Use Only

| | |
|---|---|
| Takeda v. Luna, et al | Date Filed: 04/30/2004 |
| Assigned to: JUDGE J. MICHAEL SEABRIGHT | Jury Demand: None |
| Referred to: Mag Judge Leslie E Kobayashi | Nature of Suit: 550 Prisoner: Civil Rights |
| Demand: $0 | Jurisdiction: Federal Question |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | |

**Petitioner**

**Peter H. Takeda**                          represented by **Peter H. Takeda**
                                                            A0134031
                                                            TALLAHATCHIE COUNTY
                                                            CORRECTIONAL FACILITY
                                                            295 US Highway 49 South
                                                            Tutwiler, MS 38963-6900
                                                            662 345-6567
                                                            PRO SE

V.

**Defendant**

**Frank Luna**                               represented by **Daniel H. Shimizu**
*Warden, Florence Correctional Facility*                   Office of the Prosecuting Attorney
                                                            C & C of Honolulu
                                                            1060 Richards St 9th flr
                                                            Honolulu, HI 96813-2920
                                                            523-4158 (main)
                                                            Email: dshimizu@honolulu.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Florence Correctional Facility**           represented by **Daniel H. Shimizu**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark J. Bennett**                          represented by **Daniel H. Shimizu**
*Attorney General for the State of Hawaii*                 (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2004 | 1 | PETITION UNDER 28 USC 2254 FOR WRIT OF HABEAS CORPUS by a person in State Custody (afc) (Entered: 04/30/2004) |
| 04/30/2004 | 2 | ORDER by Judge David A. Ezra rule 16 conference set for 9:00 10/25/04 before Mag Judge Leslie E. Kobayashi (afc) (Entered: 04/30/2004) |
| 04/30/2004 | | FILING FEE PAID in the amount of $5.00, receipt # 222629 (afc) (Entered: 04/30/2004) |
| 05/24/2004 | 3 | ORDER TO SHOW CAUSE: by Mag Judge Leslie E. Kobayashi - ordered that respondents Frank Luna and Mark Bennett file an answer to the petition on or before August 23, 2004; respondents to attach all relevant transcript portions to the answer (cc w/petition to: petitioner; Warden Frank Luna; Mark J. Bennett, Esq., Attorney General State of Hawaii; & Peter B. Carlisle, Esq., Prosecuting Attorney - C&C of Honolulu) (afc) (Entered: 05/25/2004) |
| 06/10/2004 | 4 | NOTICE by petitioner Peter H. Takeda of change of address [transferred to the Tallahatchie Co. Correctional Facility, Tutwiler, MS] (afc) Modified on 06/14/2004 (Entered: 06/14/2004) |
| 08/02/2004 | 5 | EX PARTE MOTION by State of Hawaii for extension of time to file answer to petition for writ of habeas corpus ; declaration of Daniel H. Shimizu; ORDER by Mag Judge Leslie E. Kobayashi granting ex parte motion; certificate of service [time ext up to and including 09/06/04] (afc) (Entered: 08/02/2004) |
| 08/27/2004 | 6 | ANSWER by defendant Frank Luna, defendant Mark J. Bennett to Petition for Writ of Habeas Corpus; memorandum of law in opposition to petition; exhibits AA through BB; certificate of service (afc) (Entered: 08/27/2004) |
| 08/27/2004 | 7 | EXHIBITS A through I - Volume I of V - on behalf of defendant Frank Luna, defendant Mark J. Bennett [6-1: Answer to Petition] (afc) (Entered: 08/27/2004) |
| 08/27/2004 | 8 | EXHIBITS J through K - Volume II of V - on behalf of defendant Frank Luna, defendant Mark J. Bennett [6-1: Answer to Petition] (afc) (Entered: 08/27/2004) |
| 08/27/2004 | 9 | EXHIBITS L through N - Volume III of V - on behalf of defendant Frank Luna, defendant Mark J. Bennett [6-1: Answer to Petition] (afc) (Entered: 08/27/2004) |
| 08/27/2004 | 10 | EXHIBITS O through S - Volume IV of V - on behalf of defendant Frank Luna, defendant Mark J. Bennett [6-1: Answer to Petition] (afc) (Entered: 08/27/2004) |
| 08/27/2004 | 11 | EXHIBITS T through BB - Volume V of V - on behalf of defendant Frank Luna, defendant Mark J. Bennett [6-1: Answer to Petition] (afc) (Entered: 08/27/2004) |
| 09/27/2004 | 12 | RESPONSE by petitioner Peter H. Takeda to State's memorandum of law in opposition to petition for writ of habeas corpus; certificate of service (afc) (Entered: 09/28/2004) |
| 10/18/2004 | 13 | EO: Continued : [Rule 16 Scheduling Conference] from 10/25/2004 09:00:00 AM to 02/07/2005 09:00:00 AM before LEK. cc: all counsel and parties () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 10/19/2004) |

| | | | |
|---|---|---|---|
| 01/20/2005 | | 14 | EO: Continued : [Rule 16 Scheduling Conference [28 U.S.C. SS 2254]] from 02/07/2005 09:00:00 AM to 04/11/2005 09:00:00 AM before LEK. cc: all parties and counsel () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 01/20/2005) |
| 03/29/2005 | | 15 | EO: Continued : [Rule 16 Scheduling Conference] from 04/11/2005 09:00:00 AM to 07/11/2005 09:00:00 AM before LEK. cc: all parties and counsel () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 03/31/2005) |
| 04/04/2005 | | 16 | FINDINGS AND RECOMMENDATION to deny petition for writ of habeas corpus [1-1] by Mag Judge Leslie E. Kobayashi (cc: all counsel and/or parties of record) (afc) (Entered: 04/05/2005) |
| 04/25/2005 | | 17 | OBJECTIONS by petitioner to Magistrate's Findings and Recommendations to deny petition for writ of habeas corpus; certificate of service [16-1] - referred to Judge Helen Gillmor (cc: LEK, PSA) (afc) (Entered: 04/25/2005) |
| 06/27/2005 | | 18 | EP: Continued : [Rule 16 Scheduling Conference [28 U.S.C. SS 2254]] from 07/11/2005 09:00:00 AM to 10/17/2005 09:00:00 AM before LEK. cc: all parties and counsel () JUDGE Mag Judge Leslie E. Kobayashi (afc) (Entered: 06/28/2005) |
| 07/25/2005 | | 19 | ORDER re-assigning cases by Judge David A. Ezra Case reassigned from Judge Helen Gillmor to Judge J. M. Seabright (cc: all counsel, CRM to JMS, USMJs, CRMs to USMJs) (eps) (Entered: 07/28/2005) |
| 09/08/2005 | | 20 | ORDER adopting the Findings and Recommendations of the Magistrate Judge [16-1] by Judge J. Michael Seabright (cc: all counsel and/or parties of record) (afc) (Entered: 09/08/2005) |
| 09/12/2005 | | 21 | JUDGMENT IN A CIVIL CASE - IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas corpus pursuant to 28 U.S.C. 2254 is DENIED in its entirety, as pursuant to the "Findings and Recommendation to Deny Petition for Writ of Habeas Corpus" filed on April 4, 2005 and pursuant to the "Order Adopting the Findings and Recommendations of the Magistrate Judge" filed on September 8, 2005. terminating case (cc: all counsel and/or parties of record) (afc) (Entered: 09/12/2005) |
| 10/04/2005 | | 22 | Ex Parte letter by petitioner Peter H. Takeda requesting enlargement of time in order to seek a Certificate of Appealability from the District Judge - referred to Judge J. M. Seabright/PSA (afc) (Entered: 10/04/2005) |
| 10/06/2005 | 23 | | ORDER construing filing as a Notice of Appeal; and GRANTING extension of time to file request for certificate of appealability and brief in support by Judge J. M. Seabright [22-1], [20-1] (cc: all counsel and/or parties of record) (ecs) Additional attachment added on 2/21/2006: Order Construing Filing as a Notice of Appeal (afc) (Entered: 10/07/2005) |
| 10/06/2005 | 24 | | NOTICE OF APPEAL by petitioner Peter H. Takeda from Dist. Court decision [21-2] (pursuant to Judge J. Michael Seabright's Order, filed on October 6, 2005, petitioner's filing is construed as a notice of appeal) (cc: all counsel and/or parties of record) (afc) Additional attachments added on 2/21/2006: Notice of Appeal & Mailing envelope (afc) (Entered: 11/15/2005) |

| | | |
|---|---|---|
| 11/09/2005 | 25 | INFORMAL BRIEF by appellant/petitioner Peter H. Takeda regarding [24-1] (afc) (Entered: 11/16/2005) |
| 11/09/2005 | 26 | APPLICATION by petitioner Peter H. Takeda for certificate of appealibility from the District Court and intent to Appeal to 9th Circuit - referred to Judge J. M. Seabright (afc) (Entered: 11/16/2005) |
| 11/09/2005 | 27 | APPLICATION by petitioner Peter H. Takeda to appeal in forma pauperis - referred to Judge J. M. Seabright (afc) (Entered: 11/16/2005) |
| 11/18/2005 | 28 | State of Hawaii's MEMORANDUM IN OPPOSITION to petitioner's request for certificate of appealability; exhibits A and B; certificate of service [26-1] (afc) (Entered: 11/18/2005) |
| 12/20/2005 | 29 | ANSWER to State's: [28] Memorandum in Opposition to Motion to: [26] petitioner's request for COA; certificate of service - filed by Peter H. Takeda. (afc, ) (Entered: 12/22/2005) |
| 02/14/2006 | 30 | ORDER DENYING CERTIFICATE OF APPEALABILITY re [26] - Signed by Judge J. MICHAEL SEABRIGHT on 02/14/06. (afc) (Entered: 02/14/2006) |
| 02/14/2006 | | COURT'S CERTIFICATE of Service - a copy of 30 ORDER DENYING CERTIFICATE OF APPEALABILITY, filed on February 15, 2006, will be served on February 15, 2006 by First Class Mail to the address of record for Peter H. Takeda. Daniel H. Shimuzu, Esq., as a Registered Participant of CM/ECF, received the document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). (afc) (Entered: 02/14/2006) |
| 02/21/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals (afc) (Entered: 02/21/2006) |