# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 25, 2006

To:   United States Court of Appeals    Attn: (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk    ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CV 04-00281JMS          Appeal No:   05-15312
Short Title:    Takeda v. Luna

Clerk's Files in   5   volumes (✓) original  ( ) certified copy
Bulky docs             volumes (folders)  docket #
Reporter's             volumes (✓) original  ( ) certified copy
Transcripts
Exhibits               volumes ( ) under seal
                       boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: all parties of record