**FILED**

ORIGINAL

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

JUN 23 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

PETER H. TAKEDA,

        Petitioner - Appellant,

    v.

FRANK LUNA, Warden, Florence
Correctional facility; et al.,

        Respondents - Appellees.

No. 06-15312

D.C. No. CV-04-00281-JMS
District of Hawaii,
Honolulu

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 3 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

Before: SILVERMAN and PAEZ, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2).

Appellant's motion to proceed in forma pauperis is denied as moot.

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 3 2006

by: _____
Deputy Clerk