June 26, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-04-00281-JMS
**Appeal Number:** 06-15312
**Short Title:** Takeda v. Luna

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 06 2006
DISTRICT OF HAWAII

**Volumes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 5 | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 0 | | | 0 | Certified Copy(ies) | | |
| Exhibits in: | 0 | Envelopes | | 0 | Under Seal | | |
| | 0 | Boxes | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal |
| State Lodged Docs in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.