# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 25, 2006

To: United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk                 ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103    ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No: CV 04-00281JMS     Appeal No: 06-15312 (~~05~~-15312)

Short Title: Takeda v. Luna

Clerk's Files in    5    volumes (✓) original ( ) certified copy

Bulky docs                volumes (folders) docket #

Reporter's Transcripts        volumes (✓) original ( ) certified copy

Exhibits                 volumes ( ) under seal

                             boxes ( ) under seal

Other:
- certified copy of docket sheet
- sealed document nos:

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 0 6 2006
DISTRICT OF HAWAII

Acknowledgment: _____ Date: _____

cc: all parties of record